NUMBER13-05-401-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

____________________________________________________________  _____

 

FERNANDO GONZALEZ,                                            Appellant,

 

                                           v.

 

SYLVIA GONZALEZ RODRIGUEZ VELA,                         Appellee.

__________________________________________________________
________

 

                On appeal from County
Court at Law No. 1

                           of Hidalgo
County, Texas.

___________________________________________________________
_______

 

                     MEMORANDUM OPINION

 

              Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, FERNANDO GONZALEZ, perfected an appeal from
a judgment entered by County Court at Law No. 1 of Hidalgo
County, Texas, in cause number CC-045-99-1.  The clerk=s record was filed on August 24, 2005.  No reporter=s record was filed.  Appellant=s brief was due on March 15, 2006.  To date, no appellate brief has been
received.

When the appellant has failed to file a brief in the time prescribed,
the Court may dismiss the appeal for want of prosecution, unless the appellant
reasonably explains the failure and the appellee is not significantly injured
by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On April 18, 2006, notice was given to all parties
that this appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a brief. 
To date, no response has been received.

The Court, having examined and fully considered the documents on file,
appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 25th day of May, 2006.